IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV532 |
| v. | ) ) | |
| INTEGRATED DISTRIBUTION SOLUTIONS, LLC, a Nebraska Limited Liability Co., and RETALIX, LTD., a corporation, | ) ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court, having been stayed by the Court's order of October 23, 2006 (Filing No. 23).

IT IS ORDERED that the parties shall file a written report concerning the status of the arbitration proceeding on or before August 8, 2008.

DATED this 16th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court