```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

AFFILIATED FOODS MIDWEST        )
COOPERATIVE, INC.,              )
                                )
            Plaintiff,          )         8:06CV532
                                )
      v.                        )
                                )
INTEGRATED DISTRIBUTION         )         ORDER
SOLUTIONS, LLC, a Nebraska      )
Limited Liability Co., and      )
RETALIX, LTD., a corporation,   )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for removal of Claudia L. Stringfield-Johnson as counsel of record (Filing No. 31). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Claudia L. Stringfield-Johnson is withdrawn as counsel of record for plaintiff.

DATED this 14th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court