IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV532 |
| v. | ) ) | |
| INTEGRATED DISTRIBUTION SOLUTIONS, LLC, a Nebraska Limited Liability Co., and RETALIX, LTD., a corporation, | ) ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant Integrated Distribution Solutions, L.L.C.,s motion to confirm arbitration award and judgment (Filing No. 33), and on plaintiff's report on conclusion of arbitration and motion for dismissal of proceedings or entry of judgment and showing of satisfaction (Filing No. 36). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The arbitration award is affirmed. Judgment is entered in favor of Retalix and against Affiliated Foods Midwest Cooperative, Inc., in the amount of $2,457,948.60, plus interest at the legal rate from March 26, 2009, to the date of full payment. Satisfaction of the judgment is noted.

2) Costs in connection with the filing of the application are awarded to Integrated Distribution Solutions, L.L.C.

3) Affiliated Foods Midwest Cooperative, Inc.'s claims against Integrated Distribution Solutions, L.L.C., and Retalix, Ltd., are dismissed with prejudice.

DATED this 27th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court